LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

August 14, 2023

**BY ECF**
Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, New York 10007

Re:   **United States v. Ramkarran, 21 CR 131 (EDNY)**

Dear Judge Kovner:

I am writing on behalf of defendant Rajindra Ramkarran to respectfully request a modification of the defendant's conditions of release which would permit him to return to Guyana in order to visit with family from September 18 through October 14, 2023. The government, by AUSA Robert Marangola, and Probation, by USPO Lisa Fumalaro, have no objection to this application. Should Your Honor approve this trip, Mr. Ramkarran will provide Probation with a detailed itinerary.

By way of background, in 2015, Mr. Ramkarran pleaded guilty in the Western District of New York to participating in a conspiracy to distribute cocaine, and in November 2019, Judge Geraci sentenced him to 60 months incarceration, to be followed by five years supervised release. Thereafter, in March 2021, jurisdiction was transferred to the Eastern District of New York based on Mr. Ramkarran's residence and he is presently supervised by USPO Fumalaro.

JEFFREY LICHTMAN

Hon. Rachel P. Kovner
United States District Judge
August 14, 2023
Page 2

      Thank you for the Court's consideration on this application. I remain available for a conference should Your Honor deem it necessary.

                                    Respectfully submitted,

                                    Jeffrey Lichtman

cc:    Robert Marangola, Esq. (by email)
       Assistant United States Attorney

       Lisa Fumalaro (by email)
       United States Probation Officer

So Ordered:

_____
Hon. Rachel P. Kovner, U.S.D.J.